IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

53168

| | |
|---|---|
| **DELLWYN MICHELLE TURNIPSEED, DDS,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **STATE FARM INSURANCE COMPANY,** | ) ) ) ) |
| Defendant. | ) |

Civil Action No. 2:11-cv-02064-JPM-tmp

## JOINT NOTICE OF SETTLEMENT

Come now the parties, by and through their undersigned counsel and pursuant to Local Rule 83.13, and give notice that all matters by and between the parties have been settled and compromised. The parties estimate that a proposed Order of Dismissal will be submitted to the Court within thirty (30) days of the filing of this Joint Notice of Settlement.

Respectfully submitted this 31st day of August, 2012.

THOMASON HENDRIX HARVEY JOHNSON & MITCHELL, PLLC
**THOMASON, HENDRIX, HARVEY JOHNSON & MITCHELL, PLLC**

By: s/ Christopher L. Vescovo
Christopher L. Vescovo (TN BPR# 14516)
Jonathan L. May (TN BPR # 27408)
Attorneys for Defendant State Farm Fire & Casualty Company
2900 One Commerce Square, 40 South Main Street
Memphis, TN 38103
(901) 525-8721
vescovoc@thomasonlaw.com
mayj@thomasonlaw.com


**GLASSMAN, EDWARDS, WYATT, TUTTLE & COX, P.C.**

By: s/ Robert A. Cox
ROBERT A. COX (#14279)
EDWIN E. WALLIS III (#23950)
Attorneys for Plaintiff
26 N. 2nd Street
Memphis, Tennessee 38103
(901)527-4673
(901) 521-0940 (Fax)
ewallis@qewwlaw.com

4837-0417-3072, v.  1