53168

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **DELLWYN MICHELLE TURNIPSEED, DDS,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 2:11-cv-02064-JPM-tmp ) |
| **STATE FARM INSURANCE COMPANY,** | ) ) ) |
| Defendant. | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that all claims against defendant, State Farm Fire and Casualty Company, may be dismissed by the Court with prejudice.

**AGREED AND APPROVED BY:**

**GLASSMAN, EDWARDS, WYATT, TUTTLE & COX, P.C.**

By: s/ Robert A. Cox
ROBERT A. COX (#14279)
EDWIN E. WALLIS III (#23950)
Attorneys for Plaintiff
26 N. 2nd Street
Memphis, Tennessee 38103
(901)527-4673
ewallis@qewwlaw.com

**THOMASON, HENDRIX, HARVEY JOHNSON & MITCHELL, PLLC**

By: s/ Christopher L. Vescovo
Christopher L. Vescovo (TN BPR# 14516)
Jonathan L. May (TN BPR # 27408)
Attorneys for Defendant State Farm Fire & Casualty Company
2900 One Commerce Square, 40 South Main Street
Memphis, TN 38103
(901) 525-8721
vescovoc@thomasonlaw.com
mayj@thomasonlaw.com

4824-8186-3697, v. 1