```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

DELLWYN TURNIPSEED,              )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   No. 2:11-cv-02064-JPM-tmp
                                 )
STATE FARM FIRE & CASUALTY CO.,  )
                                 )
    Defendant.                   )
_____

                            **JUDGMENT**
_____

**JUDGMENT BY THE COURT.**  This action having come before the Court on the parties' Stipulation of Dismissal, (ECF No. 28), which was filed on November 20, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, (ECF No. 28), the above-captioned case is DISMISSED WITH PREJUDICE.


APPROVED:


/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

November 20, 2012
Date